The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| RICHARD JOHNSTON,<br><br>    Plaintiff,<br><br>v.<br><br>NAES CORPORATION,<br><br>    Defendant. | No. 2:19-cv-01671-MJP<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice and without an award of attorneys' fees and costs to either party, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

**Dated:** September 14, 2020

**SEATTLE LITIGATION GROUP, PLLC**

 _/s/ Seth Rosenberg_____
Seth Rosenberg, WSBA No. 41660
500 Union Street, Suite 510
Seattle, WA 98101
*Attorney for Plaintiff*

**Dated:** September 14, 2020

**LITTLER MENDELSON P.C.**

 _/s/ Anne Reuben_____
Anne E. Reuben, WSBA No. 53299
Ryan P. Hammond, WSBA No. 38888
600 University Street, Suite 3200
Seattle, WA 98101-3122
*Attorneys for Defendant*

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(ii) – 1

SEATTLE LITIGATION GROUP, PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
T. (206) 407-3300 | F. (206) 407-3097

**ORDER**

IT IS SO ORDERED that the above-entitled action is hereby dismissed with prejudice and without an award of attorneys' fees and costs to either party pursuant to FRCP 41(a)(1)(A)(ii).

DONE this 14th day of September, 2020.

Marsha J. Pechman
United States Senior District Judge

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(ii) – 2

SEATTLE LITIGATION GROUP, PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
T. (206) 407-3300 | F. (206) 407-3097

## CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the State of Washington that on the date stated below, I caused the foregoing *STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)* on the following parties:

| | |
|---|---|
| **Anne E. Reuben, WSBA No. 53299**<br>**Ryan P. Hammond, WSBA No. 38888**<br>Littler Mendelson, P.C.<br>600 University Street, Suite 3200<br>Seattle, WA 98101-3122<br>Email: areuben@littler.com<br>Email: rhammond@littler.com<br>*Attorneys for Defendant* | ☐ Via Legal Messenger<br>☐ Via Facsimile<br>☐ Via Electronic Mail<br>☐ Via U.S. Mail/Commercial Post<br>☒ Via CM/ECF<br>☐ Via Hand-Delivery |

The foregoing statement is made under the penalty of perjury under the laws of the United States of America and the State of Washington and is true and correct.

DATED this 14th day of September 2020

**SEATTLE LITIGATION GROUP, PLLC**

*/s/ Sean Stevens*_____
Sean Stevens
Paralegal

STIPULATION OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a)(1)(A)(ii) – 3

SEATTLE LITIGATION GROUP, PLLC
500 Union Street, Suite 510
Seattle, Washington 98101
T. (206) 407-3300 | F. (206) 407-3097